COLUMBIA RECORDING CORP. (LUNHAM & REEVE, INC.) *v.* UNITED STATES

**No. 7195.**—Invoices dated Hayes, Middlesex, England, July 9, 1946, etc.
Certified July 15, 1946, etc.
Entered at New York, N. Y., August 13, 1946.
Entry Nos. DP 712654; DP 712655.

(Decided April 17, 1947)

*Jordan & Klingaman* for the plaintiff.
*Paul P. Rao*, Assistant Attorney General, for the defendant.

OLIVER, Presiding Judge: These appeals for reappraisement have been submitted for decision upon the following stipulation of counsel for the parties hereto:
(Stipulation omitted.)

On the agreed facts I find the export value, as that value is defined in section 402 (d) of the Tariff Act of 1930, to be the proper basis for the determination of the value of the merchandise here involved, and that such values are the appraised values, less the additions made by the importer on entry because of advances by the appraiser in similar cases.

Judgment will be rendered accordingly.

S. P. SKINNER & CO., INC. (J. E. BERNARD & CO., INC.) *v.* UNITED STATES

**No. 7196.**—Invoices dated Stoke on Trent, England, December 1945, etc.
Certified December 31, 1945, etc.
Entered at New York, N. Y., February 1, 1946, etc.
Entry No. 736861/1-2, etc.

(Decided April 17, 1947)

*Lane, Young & Fox* for the plaintiff.
*Paul P. Rao*, Assistant Attorney General, for the defendant.

OLIVER, Presiding Judge: These appeals for reappraisement have been submitted for decision upon the following stipulation of counsel for the parties hereto:
(Stipulation omitted.)

On the agreed facts I find the export value, as that value is defined in section 402 (d) of the Tariff Act of 1930, to be the proper basis for the determination of the value of the merchandise here involved, and that such values are the appraised values, less the additions made by the importer on entry because of advances by the appraiser in similar cases.

Judgment will be rendered accordingly.